UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REGINALD HALL and
ANGELINA HALL

Docket No. 17-CV-599(DRH)(ARL)

Plaintiffs,

-against-

**STIPULATION OF DISMISSAL**

SANTANDER BANK, N.A., f/k/a/
SOVEREIGN BANK, N.A.

Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW COME the Plaintiffs in the above referenced action, by counsel, and dismiss the within action *without prejudice* pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), as it is the specific intent of the Plaintiffs to re-file an Amended Complaint in another federal district after consultation with counsel for the Defendant.

Dated at Wantagh, NY this 17th
day of March, 2017

Yours, etc.,

Plaintiffs, by counsel,

Harry R. Thomasson, Esq.
3280 Sunrise Highway
Suite 112
Wantagh, New York  11793
Tel. 516-557-5459

1